# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )    Case No.  13-CR-04090-CAB |
|            Plaintiff. | ) |
| | ) |
|    v. | )    **ORDER AND JUDGMENT QH** |
| | )    **DISMISS** |
| ANA LUCIA RUIZ DEL TORO, | ) |
|        Defendant. | ) |
| | ) |
| | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

IT IS HEREBY ORDERED that the Information in the above-referenced case be dismissed, without prejudice, as to defendant ANA LUCIA RUIZ DEL TORO.

IT IS FURTHER ORDERED that defendant ANA LUCIA RUIZ DEL TORO be released from the custody of the United States Marshals Service and returned to the custody of the Department of Homeland Security.

SO ORDERED.

DATED:   __12/3/13__ .

_____

HON. CATHY ANN BENCIVENGO
United States District Court Judge